IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., ) | |
| ) | No. 06 C 3296 |
| Plaintiff, ) | |
| ) | Judge Charles R. Norgle |
| v. ) | |
| ) | Magistrate Judge Cole |
| PRIORITY PLUMBING, INC., an ) | |
| Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, JAMES R. GANNON, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and moves the Court to enter Judgment in favor of Plaintiff and against Defendant, PRIORITY PLUMBING, INCORPORATED, in the amount of $741,646.97. In support hereof, Plaintiff states:

1. On June 16, 2006, Plaintiff filed his Complaint, pursuant to ERISA, 29 U.S.C. §§ 1132 and 1145, and LMRA, 29 U.S.C. § 185, and the Collective Bargaining Agreements ("CBA"), to obtain an audit and recover all unpaid contributions, interest, liquidated damages, professional fees and disbursements, and court costs owed to Funds.

2. On June 23, 2006, Defendant was served with copies of the Summons and Complaint. A true and correct copy of the Return of Service is attached hereto as Exhibit A.

1

3.      Pursuant to Fed. R. Civ. P. 12(a)(2), Defendant was required to answer and appear on or before July 13, 2006.

4.      On August 4, 2006, the Court found Defendant in default and ordered Defendant to produce its books and records to Plaintiff for an accounting. The Court further retained jurisdiction to enter supplemental judgments in favor of Plaintiff and against Defendant for all contributions, interest, liquidated damage, professional fees and costs due Plaintiff. A true and correct copy of the Court's Order is attached hereto as Exhibit B.

5.      Plaintiff's certified public accounting firm, Legacy Professional, LLP, conducted a compliance audit of Defendant's books and records and issued a Compliance Report ("Audit"). The Audit reveals that for the period January 1, 2002, through March 31, 2006, Defendant failed to report and pay amounts due under the CBA on 26,048.75 hours of work. A true and correct copy of the Audit is attached hereto as Exhibit C.

6.      Based on the Audit and ERISA, 29 U.S.C. §1132, Plaintiff's damages are:

| | |
|---|---|
| $489,336.40 - | Audit delinquency through July 31, 2008, per the Collective Bargaining Agreement ("CBA") and ERISA, 29 U.S.C. §1132(g)(2)(A) and (B) (see Audit, attached as Exhibit C) |
| $3,822.04 - | Additional Month's Interest per §1.6 of the CBA |
| $217,971.37 - | ERISA double interest per 29 U.S.C. §1132(g)(2)(c) |
| $20,669.85 - | Attorneys' fees and costs per §1.6 of the CBA and ERISA, 29 U.S.C. §1132(g)(2)(D) (see Affidavit of Douglas A. Lindsay, attached as Exhibit D) |

| | |
|---|---|
| $9,847.31 | Audit costs per §1.6 of the CBA and ERISA, 29 U.S.C. §1132(g)(2)(E)(see Affidavit of James Kemperas, attached as Exhibit E) (see Affidavit of James Kemperas, attached as Exhibit E) |
| $741,646.97- | Total due as of 8/29/2008 |

7. A draft Order is attached as Exhibit F, a copy of which was submitted to the court electronically as required by Northern District procedures.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to enter Judgment in favor of Plaintiff and against Defendant, PRIORITY PLUMBING, INCORPORATED, in the amount of $741,646.97, and to award such other and further relief in favor of Plaintiff and against Defendant as the Court deems just.

JAMES T. SULLIVAN, etc., by his attorneys,
DOUGLAS A. LINDSAY, JOHN W.
LOSEMAN, JAMES R. GANNON, and BRIAN T.
BEDINGHAUS

By: /s/ Douglas A. Lindsay
Douglas A. Lindsay
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
(312) 580-1251

Of Counsel:
Lewis, Overbeck & Furman, LLP
20 N. Clark St.
Suite 3200
Chicago, IL 60602-5093
(312) 580-1200

## PROOF OF SERVICE

I served a copy of the foregoing MOTION FOR ENTRY OF JUDGMENT upon:

Priority Plumbing , Inc  
Vice President  
871 Lilac Way  
Lombard, Illinois 60148

Priority Plumbing, Inc.  
c/o its Registered Agent, Ravi Dutt  
192 North York Street  
Elmhurst, Illinois 60126

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on August 21, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008

_____
Robert C. Parizek

Lewis, Overbeck & Furman, LLP  
20 N. Clark St.  
Suite 3200  
Chicago, IL 60602-5093  
(312) 580-1200